UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

March 30, 2016

Dorothy A. Kowal
Price, Meese, Shulman & D'Arminio PC
50 Tice Boulevard
Woodcliff Lake, NJ  07677

Mark D. Mailman
Francis & Mailman PC
100 South Broad Street, 19th Fl.
Philadelphia, PA  19110

Erin Amanda Novak
Francis & Mailman PC
100 South Broad Street, 19th Fl.
Philadelphia, PA  19110

Richard A. O'Halloran
Dinsmore & Shohl, LLP
1200 Liberty Ridge Drive, Suite 310
Wayne, PA  19087

Kelly Ann Williams
Picadio Sneath Miller & Norton PC
444 Liberty Ave., Suite 1105
Pittsburgh, PA  15222

MEMO TO COUNSEL RE:  William Fesniak, Sr. v. Experian Information Solutions
Civil No. JFM-15-3970

Dear Counsel:

Reference is made to the letter sent by the Clerk of this Court dated December 29, 2015 (document 55).

Neither side has responded to the letter.  Please do so on or before April 20, 2016.  If plaintiff does not submit their response, this action will be dismissed without prejudice.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge