IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM FESNIAK, SR.          *
                                      *
                                      *
     v.          *          Civil No. – JFM-15-3970
                                      *
CREDIT PLUS, INC.          *
                                   ******

## ORDER

Upon the Suggestion of Death filed by plaintiff, it is, this 14th day of September 2016

ORDERED that this case is dismissed.


                                ___/s/_____
                                J. Frederick Motz
                                United States District Judge